IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **VERONICA SANDERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 07-2567-STA-dkv |
| | ) |
| **FEDERAL EXPRESS,** | ) |
| | ) |
| **Defendant.** | ) |

---

**ORDER DIRECTING PRO SE PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Before the Court is Defendant Federal Express' Motion for Summary Judgment (D.E. #17) filed on May 15, 2009. Counsel for Plaintiff was granted leave to withdraw on June 16, 2009. No other attorney has appeared on behalf of Plaintiff. Thus, Plaintiff is now acting *pro se*.

Plaintiff is hereby ordered to file a response to Defendant's Motion for Summary Judgment by September 1, 2009. Federal Rule of Civil Procedure 56 governs motions for summary judgment. This means that if there are no genuine issues of material fact and Defendant shows that it is entitled to judgment as a matter of law, Plaintiff's case will be dismissed. Defendant has argued in its Motion for Summary Judgment that Plaintiff cannot make out a case for hostile work environment. Plaintiff must now come forward with some evidence to show that there are factual disputes or legal grounds which would preclude summary judgment in favor of Defendant. Therefore, Plaintiff shall have until September 1, 2009 to file a

1

response which meets the standards of Rule 56.

**IT IS SO ORDERED.**

<u>s/ S. Thomas Anderson</u>
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:   August 10, 2009